(October 27, 1970)

Edward Gallagher, Respondent, v. Albert Woodley Company, Inc., et al., Appellants.—

714

Concur — Eager, J. P., Capozzoli, Markewich and Tilzer, JJ.